# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HOSPITAL SERVICE DISTRICT
NO. 1 OF THE PARISH OF
TERREBONNE, STATE OF
LOUISIANA

VERSUS

HOSPITAL SERVICE DISTRICT
NO. 3 OF THE PARISH OF
LAFOURCHE, STATE OF
LOUISIANA AND THIBODAUX
REGIONAL HEALTH SYSTEM, INC.

NO.  2023 CW 0384

**MAY 22, 2023**

---

In Re:    Hospital Service District No. 3 of the Parish of
          Lafourche, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          195104.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

　　　　**STAY LIFTED; WRIT GRANTED.**  The portion of the April 6,
2023 judgment that granted a preliminary injunction against
defendants, Hospital Service District No. 3 of the Parish of
Lafourche, State of Louisiana, and Thibodaux Regional Health
System, Inc., is reversed. "A preliminary injunction is an
interlocutory procedural device designed to preserve the status
quo between the parties, pending a determination on the merits
of the controversy." **Singleton v. East Baton Rouge Parish School
Board**, 2022-0667 (La. App. 1st Cir. 9/16/22), 353 So.3d 164,
176.  A plaintiff seeking a preliminary injunction bears the
burden of establishing a prima facie showing he will prevail on
the merits and irreparable injury. **Id.**  "Irreparable injury has
been interpreted to mean loss that cannot be adequately
compensated in money damages or measured by a pecuniary
standard." **Dale v. Louisiana Secretary of State**, 2007-2020 (La.
App. 1st Cir. 10/11/07), 971 So.2d 1136, 1141.  Further, "a
party who can be compensated in money damages is not entitled to
injunctive relief." **Conway v. Stratton**, 434 So.2d 1197, 1199
(La. App. 1st Cir. 1983).  We find plaintiff, Hospital Service
District No. 1 of the Parish of Terrebonne, State of Louisiana,
may be compensated in money damages, thus, it has not shown
irreparable injury.  Accordingly, the request for preliminary
injunction is denied.

                         **MRT**
                         **WRC**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
　　DEPUTY CLERK OF COURT
　　　　FOR THE COURT